IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                      NO. 4:09CR00285-01 JLH

ABRAM HARRIS                                                      DEFENDANT

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the motion of Abram Harris to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED. His motion is hereby dismissed with prejudice. Harris has not made a substantial showing of the denial of a constitutional right, so no certificate of appealability will issue.

IT IS SO ORDERED this 15th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE